No. 3334.—CITY OF NEW ORLEANS *v.* A. W. WALKER.

23 803
Case 1
123 861

A defendant who appears for the purpose of excepting to the jurisdiction of the court, and at the same time enters the plea of *lis pendens*, can not be heard to urge the plea of want of citation. 21 An. 438.

The court having jurisdiction of the property taxed has jurisdiction to enforce the collection of the taxes.

The plea of *lis pendens* will not be sustained when the thing demanded in the two cases is not the same.

APPEAL from the Seventh District Court, parish of Orleans. *Collens*, J. *H. H. Walsh*, for plaintiff and appellee. *John S. Tully*, for defendant and appellant.

LUDELING, C. J. This is a suit to enforce the collection of $760 taxes due to the city of New Orleans. The defendant appeared and excepted to the jurisdiction of the court on the ground that he is a resident of the parish of St. Bernard. He further averred, in case this exception should be overruled, that his name and surname has not been stated in the list published, which is to stand in lieu of a cita- tion; and he still further pleaded *lis pendens*.

A want of citation is cured by the appearance of defendant in the suit for any other purpose than to allege the want of citation. 21 An. 438, City of New Orleans *v.* Hall.

The tax claimed is an assessment upon real and personal property situated within the corporate limits of the city, and is exigible in the courts within said city.

The plea of *lis pendens* is not well founded. The *thing* demanded in the two cases is not the same.

It is therefore ordered that the judgment of the district court be affirmed, with costs of both courts.